IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| KENNETH KOEPPLINGER, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:17-CV-995 |
| SETERUS, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on August 24, 2018, was served on the parties. Docs. 24, 25. No objections were filed. After consideration of the record, the Court adopts the Magistrate Judge's Recommendation.

It is hereby **ORDERED** that the defendant's motion to dismiss the amended complaint, Doc. 18, is **DENIED**.

This the 14th day of September, 2018.

UNITED STATES DISTRICT JUDGE