IN THE UNITED STATED DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:17-cv-995

| | |
|---|---|
| TRACY ADAMS, CARRIE ALBERS, NICOLE BARILLA, WALTER BEST, JR., LASHONDA BUTLER, DAVID DUGAN, MICHAEL ELLISON, TRISTAN EVANS, ANITA FISHER, JUDITH FORDHAM, DANI GANNON, ROBERT AND SANDRA HEINITZ, TORROL HOLT, KENNETH KOEPPLINGER, LOIS KERR, PAMELA LAVENHOUSE, BRIDGET LEAK, CHARLES MCDONALD, DARRELL PEEBLES, SUSAN SAVAGE, BERNICE SCOTT, LUKHWINDER AND RATTANDEEP SIDHU, RHODA SMITH, MICHAEL SPEHR, WILLIAM VAUGHAN, KAY WENGER, AND PATRICIA WILLIAMS ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SETERUS, INC.,<br><br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASS FOR PURPOSES OF SETTLEMENT, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FAIRNESS <u>HEARING</u>**

Plaintiffs Tracy Adams, Carrie Albers, Nicole Barilla, Walter Best, Jr., Lashonda

Butler, David Dugan, Michael Ellison, Tristan Evans, Anita Fisher, Judith Fordham, Dani

1

Gannon, Robert and Sandra Heinitz, Torrol Holt, Kenneth Koepplinger, Lois Kerr, Pamela Lavenhouse, Bridget Leak, Charles McDonald, Darrell Peebles, Susan Savage, Bernice Scott, Lukhwinder and Rattandeep Sidhu, Rhoda Smith, Michael Spehr, William Vaughan, Kay Wenger, and Patricia Williams (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, now move for an Order certifying the Classes, appointing Class Counsel, approving the content, form, and manner of notice proposed to be sent to all members of the Classes, and scheduling a fairness hearing. Plaintiff's counsel have consulted with Defendants' counsel regarding this motion, and Defendants do not oppose this Motion.

For the reasons described in Plaintiffs' memorandum of law in support of this motion and the Declaration of Scott C. Harris attached hereto attached hereto as **Exhibit 1** as well as the Settlement Agreement with its attachments and exhibits attached hereto as **Exhibit 2**, Plaintiff respectfully requests that this Court grant the motion and enter the proposed Order on Preliminary Approval of Class Action Settlement,

1. Certifying the Final Letter Class for the purpose of the proposed class action settlement;

2. Appointing Class Counsel;

3. Approving the content, form, and manner of notice proposed to be sent to all members of the Settlement Class;

4. And scheduling a final fairness hearing.

2

Respectfully submitted this the 17th day of December, 2020.

                                              WHITFIELD BRYSON LLP

                                              */s/ Scott C. Harris*
                                              Scott C. Harris
                                              N.C. Bar No.: 35328
                                              Patrick M. Wallace
                                              N.C Bar No.: 48138
                                              900 W. Morgan Street
                                              Raleigh, North Carolina 27603
                                              Telephone: (919) 600-5000
                                              Facsimile: (919) 600-5035
                                              scott@whitfieldbryson.com
                                              pat@whitfieldbryson.com

                                              MAGINNIS LAW, PLLC

                                              Edward H. Maginnis
                                              N.C. State Bar No. 39317
                                              Karl S. Gwaltney
                                              N.C. State Bar No. 45118
                                              Asa C. Edwards IV
                                              N.C. State Bar No.: 46000
                                              4801 Glenwood Avenue, Suite 310
                                              Raleigh, North Carolina 27612
                                              Telephone: 919-526-0450
                                              Fax: 919-882-8763
                                              emaginnis@maginnislaw.com
                                              kgwaltney@maginnislaw.com
                                              aedwards@maginnislaw.com

                                              *Attorneys for Plaintiffs and the putative Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2020 the foregoing was electronically filed with the Clerk of Courts via the CM/ECF System, which will send notification to all parties of record.

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
Patrick M. Wallace
N.C Bar No.: 48138
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
scott@whitfieldbryson.com
pat@whitfieldbryson.com