IN THE UNITED STATED DISTRICT COURT FOR THE

MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:17-cv-995

| | |
|---|---|
| TRACY ADAMS, CARRIE ALBERS, NICOLE BARILLA, WALTER BEST, JR., LASHONDA BUTLER, DAVID DUGAN, MICHAEL ELLISON, TRISTAN EVANS, ANITA FISHER, JUDITH FORDHAM, DANI GANNON, ROBERT AND SANDRA HEINITZ, TORROL HOLT, KENNETH KOEPPLINGER, LOIS KERR, PAMELA LAVENHOUSE, BRIDGET LEAK, CHARLES MCDONALD, DARRELL PEEBLES, SUSAN SAVAGE, BERNICE SCOTT, LUKHWINDER AND RATTANDEEP SIDHU, RHODA SMITH, MICHAEL SPEHR, WILLIAM VAUGHAN, KAY WENGER, AND PATRICIA WILLIAMS ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| | ) |
| SETERUS, INC., and NATIONSTAR MORTGAGE LLC (*as successor in interest to Seterus, Inc.*) | ) ) ) ) |
| | ) |
| Defendants. | ) ) |
| | ) |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL

Plaintiffs Tracy Adams, Carrie Albers, Nicole Barilla, Walter Best, Jr.,

Lashonda Butler, David Dugan, Michael Ellison, Tristan Evans, Anita Fisher, Judith Fordham, Dani Gannon, Robert and Sandra Heinitz, Torrol Holt, Kenneth Koepplinger, Lois Kerr, Pamela Lavenhouse, Bridget Leak, Charles McDonald, Darrell Peebles, Susan Savage, Bernice Scott, Lukhwinder and Rattandeep Sidhu, Rhoda Smith, Michael Spehr, William Vaughan, Kay Wenger, and Patricia Williams (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully moves the Court for an order granting final approval to the settlement in this class action and providing such other and further relief as this Court deems just and proper.

For the reasons described in Plaintiffs' memorandum of law in support of this motion, Plaintiffs respectfully request that this Court grant the motion and enter the proposed Order and proposed Judgment.

Respectfully submitted, April 1, 2021.

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
Patrick M. Wallace
N.C Bar No.: 48138
WHITFIELD BRYSON LLP
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
scott@whitfieldbryson.com
pat@whitfieldbryson.com

Edward H. Maginnis
N.C. State Bar No. 39317
Karl S. Gwaltney
N.C. State Bar No. 45118
Asa C. Edwards
N.C. Bar No. 46000
MAGINNIS LAW, PLLC
4801 Glenwood Avenue, Suite 310
Raleigh, North Carolina 27612
Telephone: (919) 526-0450
Fax: (919) 882-8763
emaginnis@maginnislaw.com
kgwaltney@maginnislaw.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of the filing to all parties of record.

WHITFIELD BRYSON LLP

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
scott@whitfieldbryson.com

4